**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
RICHIE FOSTER LEVINE,

                    Plaintiff,

      -against-                                 23 **CIVIL** 2543 (NSR)

                                                                             **JUDGMENT**

LINDA FRANCES LEE FENSTERMAKER, in her
individual and official capacity as Regional Director of
the New York State Division of Human Rights,

                    Defendants.
-----------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 2, 2024, Defendant's motion to dismiss the Complaint is GRANTED. Accordingly, the case is closed.

**Dated:**  New York, New York

      July 2, 2024

                                                      **DANIEL ORTIZ**
                                                 **Acting Clerk of Court**

                            **BY:**

                                               **Deputy Clerk**